# Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** ATF/MSP

**City** New Bedford

**County** Bristol

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 25-MJ-6426-MPK
- Search Warrant Case Number: 25-MJ-6427, 6428, 6429-MPK
- R 20/R 40 from District of _____
- Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   [ ] Yes   [ ] No

**Defendant Information:**

Defendant Name: Isaac Gedeon    Juvenile: [ ] Yes [✓] No

Is this person an attorney and/or a member of any state/federal bar: [ ] Yes [✓] No

Alias Name: Puma

Address: New Bedford, MA

Birth date (Yr only): 1999    SSN (last 4#): 7492    Sex: M    Race: B    Nationality: _____

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: John J. Reynolds, Jr.    Bar Number if applicable: _____

**Interpreter:** [ ] Yes [✓] No    List language and/or dialect: _____

**Victims:** [ ] Yes [✓] No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) [ ] Yes [ ] No

**Matter to be SEALED:** [✓] Yes [ ] No

[✓] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:** _____

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____ .
[ ] Already in State Custody at _____    [ ] Serving Sentence    [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** [✓] Complaint    [ ] Information    [ ] Indictment

**Total # of Counts:** [ ] Petty _____    [ ] Misdemeanor _____    [✓] Felony II

Continue on Page 2 for Entry of U.S.C. Citations

[✓] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/1/2025    Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Isaac Gedeon

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) and (b)(1)(B)(vi) | Distribution of 40 Grams or more of a mixture and substance containing a detectable amount of Fentanyl | I |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**